1   COURTNEY J. LINN (STATE BAR NO. 148855)
    clinn@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
3   Sacramento, CA  95814
    Telephone:     916-329-4946
4   Facsimile:     916-329-4900

5   GEORGE S. CARY (STATE BAR NO. 73858)
    gcary@cgsh.com
6   CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2000 Pennsylvania Avenue, NW
7   Washington, DC 20006
    Telephone:     202-974-1920
8   Facsimile:     202-974-1999

9   Attorneys for Defendant Keurig Green Mountain, Inc.
    (f/k/a Green Mountain Coffee Roasters, Inc. and as
10  Successor to Keurig, Incorporated)

11                  UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

14

15  JBR, INC. (D/B/A ROGERS FAMILY          Case No. 2:14-cv-00677-KJM-CKD
    COMPANY),
16                                          **NOTICE OF REQUEST AND
                                            REQUEST TO SEAL DOCUMENTS
17              Plaintiff,                   AND FILE REDACTED VERSIONS
                                            AND ORDER**
18       v.
                                            Date: May 7, 2014
19  KEURIG GREEN MOUNTAIN, INC. (F/K/A      Time: 10:00 am
    GREEN MOUNTAIN COFFEE ROASTERS,         Room: Courtroom 24, 8th Fl.
20  INC. AND AS SUCCESSOR TO KEURIG,        Magistrate Judge: Hon. Carolyn Delaney
    INCORPORATED)
21
                Defendant.
22

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

## NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND FILE

2

## REDACTED VERSIONS

3     **PLEASE TAKE NOTICE THAT** Defendant Keurig Green Mountain, Inc. ("Keurig")

4   hereby submits this Notice of Request and Request to Seal Documents and File Redacted Versions

5   pursuant to Local Rules 140 and 141.  Keurig requests that the Court order sealed the unredacted

6   version of Keurig's Opposition to Plaintiff's Motion for Expedited Discovery Related to Plaintiff's

7   Motion for Preliminary Injunction ("Opposition") and authorize Keurig to redact the Opposition as

8   described below.

9       This Opposition contains statements that quote and paraphrase documents that Plaintiff

10   JBR, Inc., d/b/a/ Rogers Family Company ("Rogers") has requested this Court order sealed

11   ("Statements").  *See* ECF No. 18.  Rogers has represented that these documents contain

12   "confidential and sensitive information related to Rogers' ongoing business operations.  Public

13   disclosure of such information would cause harm to Rogers, including but not limited to providing

14   Rogers' competitors, customers and potential customers with an unfair advantage."  *Id.*  Keurig has

15   redacted the Statements from its Opposition.

16       The Court may exercise supervisory discretion in sealing court documents and preventing

17   public inspection.  *See generally Nixon v. Warner Communications, Inc.*, 435 U.S. 589 (1978).

18   Although a common law right to inspect judicial records is recognized, it is not absolute.  *Id.* at 597-

19   98.  The interest advanced by the parties must be weighed in light of the "public interest and the

20   duty of the courts."  *Id.* at 602.

21       For these reasons, Keurig requests that the Court find good cause exists to seal its

22   unredacted Opposition and authorize Keurig's redaction of the above-referenced Statements.

23   Counsel for Defendant has met and conferred with Counsel for Plaintiff regarding this Request and

24   Plaintiff has no objection to the Opposition being filed under seal or to Keurig's redaction of the

25   Statements in the Opposition.

26       Keurig has submitted this Notice, Request to Seal, Proposed Order, and redacted and

27   unredacted version of the document sought to be sealed to the Court via electronic mail and has

28

NOTICE OF REQUEST AND REQUEST TO SEAL
DOCUMENTS AND FILE REDACTED VERSIONS
2:14-cv-00677-KJM-CKD

1    served Plaintiff with copies of these documents via electronic mail pursuant to an agreement

2    between the parties.

3

4    Dated: April 23, 2014                      GEORGE S. CARY
                                             CLEARY GOTTLIEB STEEN & HAMILTON
                                             LLP

5

6

7                                      By: */s/ George S. Cary as authorized on 4/23/14*
                                                     George S. Cary

8

9                                      COURTNEY J. LINN
                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11

12                                      By: */s/ Courtney J. Linn*
                                                   Courtney J. Linn

13

14                                      Attorneys for Defendant Keurig Green
                                     Mountain, Inc. (f/k/a Green Mountain
                                     Coffee Roasters, Inc. and as Successor to

15                                      Keurig, Incorporated)

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REQUEST AND REQUEST TO SEAL
DOCUMENTS AND FILE REDACTED VERSIONS
2:14-cv-00677-KJM-CKD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered Defendant Keurig Green Mountain, Inc.'s ("Keurig's") Notice of Request and Request to Seal Documents and File Redacted Versions, hereby rules as follows.

IT IS SO ORDERED that Keurig's request to file a redacted version of its Opposition to Plaintiff's Motion for Expedited Discovery Related to Plaintiff's Motion for Preliminary Injunction with an unredacted version of the document filed under seal is GRANTED.

Dated:  April 25, 2014

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

NOTICE OF REQUEST AND REQUEST TO SEAL
DOCUMENTS AND FILE REDACTED VERSIONS
2:14-cv-00677-KJM-CKD