```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE: KEURIG GREEN MOUNTAIN                            :
SINGLE-SERVE COFFEE ANTITRUST                           :
LITIGATION                                              :
                                                        :
                                                        :   14-md-2542 (VSB)
This Document Concerns All Related Actions              :
------------------------------------------------------- X      ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the parties' joint letter filed August 3, 2021, indicating the parties' respective positions on a briefing schedule for motions for summary judgment. (Doc. 1431.) Accordingly, it is hereby:

ORDERED that I adopt the briefing schedule proposed by Defendant, the Direct Purchaser Plaintiffs, TreeHouse, and the McLane Company. Opening summary judgment briefs are due on or before August 25, 2021, opposition briefs are due on or before October 27, 2021, and any reply memoranda of law are due on or before December 15, 2021.

SO ORDERED.

Dated:  August 4, 2021
        New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge